NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TODD J. MCNALLY,                          )
                                          )
    Appellant,        )
                                          )
v.                                        )  Case No. 2D18-3138
                                          )
JAMES FINN,                               )
                                          )
    Appellee.         )
_____)

Opinion filed April 24, 2019.

Appeal from the Circuit Court for
Sarasota County; Hunter W. Carroll,
Judge.

Brian D. Keisacker and Donald W.
Scarlett, Jr. of Ulrich, Scarlett,
Wickman & Dean, P.A., Sarasota,
for Appellant.

James H. Burgess, Jr., of Burgess,
Harrell, Mancuso, Colton & La Porta,
P.A., Sarasota, for Appellee.


PER CURIAM.


    Affirmed.


VILLANTI, BLACK, and ATKINSON, JJ., Concur.